**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**Erika Caraway,**

                *Plaintiff*,        Case No. 3:16-cv-138

**v.**                                      **District Judge Thomas M. Rose**
                                                  **Magistrate Judge Michael J. Newman**

**Nancy Berryhill,**

   **Acting Commissioner of Social Security,**

                *Defendant*.

___

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE MICHAEL J. NEWMAN (DOC. 11), OVERRULING DEFENDANT'S OBJECTIONS (DOC. 12), FINDING THE ALJ'S NON-DISABILITY DETERMINATION TO BE UNSUPPORTED BY SUBSTANTIAL EVIDENCE AND REVERSED; REMANDING THIS MATTER TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR PROCEEDINGS CONSISTENT WITH THIS OPINION; AND TERMINATING THE INSTANT CASE.**

___

This matter comes before the Court pursuant to Objections (Doc. 12) to the Report and Recommendations of Magistrate Judge Michael J. Newman (Doc. 11) recommending that the Commissioner's non-disability finding be found unsupported by substantial evidence, and reversed; and that this matter be remanded to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for proceedings consistent with this opinion; and that this case be closed.

The Court has reviewed the findings of the Magistrate Judge and, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this

case. Upon consideration of the foregoing, the Court finds the Objections (Doc. 12) are not well-taken and, for the reasons stated in Magistrate Judge Newman's opinion, are hereby **OVERRULED**.

The Court **ADOPTS** the Report and Recommendations (Doc. 11) in its entirety. The Commissioner's non-disability finding is unsupported by substantial evidence and is hereby **REVERSED**. Plaintiff's application for Supplemental Security Income is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation. The instant case is **TERMINATED** on the docket of the United States District Court for the Southern District of Ohio, Western District at Dayton.

**DONE** and **ORDERED** this Thursday, August 17, 2017.

                                            s/THOMAS M. ROSE
                                            _____

                                            THOMAS M. ROSE
                                            UNITED STATES DISTRICT JUDGE